UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL CHRISTOPHER HARDIN,<br><br>                Plaintiff,<br><br>      v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>                Defendant. | Case No. EDCV 15-02596-JEM<br><br>**JUDGMENT** |

    In accordance with the Memorandum Opinion and Order Reversing Decision of the Commissioner of Social Security filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is REVERSED and this case REMANDED for further proceedings in accordance with the Memorandum Opinion and Order and with law.


DATED: October 21, 2016                                             */s/ John E. McDermott*
                                                                           JOHN E. MCDERMOTT
                                                             UNITED STATES MAGISTRATE JUDGE